# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jesus Gonzalez-Cortez<br>DOB: XX/XX/1980; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07256MJ |
| Complaint for violation of Title 8 | United States Code § 1326 (b)(1) |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>March 20, 2020 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 20, 2020, at or near Nogales, in the District of Arizona, **Jesus Gonzalez-Cortez**, an alien, knowingly and intentionally attempted to enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on September 13, 2019 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jesus Gonzalez-Cortez** is a citizen of Mexico. On September 13, 2019, **Jesus Gonzalez-Cortez** was lawfully denied admission, excluded, deported, and removed from the United States through Del Rio, Texas. On March 20, 2020, **Jesus Gonzalez-Cortez** knowingly and intentionally attempted to re-enter the United States by presenting a State of Arizona birth certificate and Arizona Identificatiuon card in the name of another person. **Jesus Gonzalez-Cortez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Authorized by AUSA LMG2 | SIGNATURE OF COMPLAINANT (official title)<br><br>Marco A. Estrada Jr. |
|---|---|
|  | OFFICIAL TITLE<br>CBPO/E |
| Sworn by telephone X | |
| SIGNATURE OF MAGISTRATE JUDGE<br>Jacqueline M. Rateau | DATE<br>March 23, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54.